**Electronically Filed
Supreme Court
SCWC-21-0000081
18-JUL-2022
11:44 AM
Dkt. 3 ODAC**

SCWC-21-0000081

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————

KQ, on behalf of KQ, a minor
Respondent/Petitioner-Appellee,

vs.

RQ,
Petitioner/Respondent-Appellant.

———————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000081; FC-DA 20-1-002043)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Respondent-Appellant's application for writ

of certiorari filed on June 13, 2022, is hereby rejected.

DATED: Honolulu, Hawai'i, July 18, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

